## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 532 MAL 2019
                                :
             Respondent   :
                                :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
             v.   :
                                :
                                :
ROBERT W. BOLDEN,               :
                                :
             Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.